**Jimmy MAGEE, Plaintiff–Appellant,**

v.

**CHAVEZ, Correctional Officer; et al., Defendants–Appellees.**

**No. 08–17170.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 23, 2009.*

Filed March 9, 2009.

Jimmy Magee, Coalinga, CA, pro se.

Stanton W. Lee, Esquire, AGCA–Office of The California Attorney General (SAC), Sacramento, CA, for Defendants–Appellees.

Before: KOZINSKI, Chief Judge, HAWKINS and GOULD, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

**MEMORANDUM** **

Upon review of the record and appellant's opening brief, this court hereby summarily affirms the district court's order denying appellant's motion for preliminary injunctive relief. *See United States v. Hooton,* 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

All pending motions are denied as moot.

**AFFIRMED.**